NUMBER 13-06-324-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


DANIEL EUGENE MAYFIELD, Appellant,


v.



CATHY LYNN MAYFIELD, Appellee.

________________________________________________________


On appeal from the 20th District Court


of Milam County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Hinojosa and Garza


Memorandum Opinion Per Curiam


 Appellant, DANIEL EUGENE MAYFIELD, perfected an appeal from a judgment
entered by the 20th District Court of Milam County, Texas, in cause number 30574. 
After the record was filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that this case has been resolved and appellant no longer
wishes to prosecute this appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 3rd day of August, 2006.